RECEIVED
IN LAKE CHARLES, LA.
APR 12 2012
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

DIVISION OF LAKE CHARLES

| | |
|---|---|
| WILLIAM G. CORBELLO, Individually and as agent for CORBELLO INVESTORS, A Limited Partnership, CORBELLO FAMILY PARTNERSHIP and ROSA HEYD CORBELLO TRUST | * CIVIL ACTION NO. 2:11-CV-457 <br> * <br> * JUDGE MINALDI <br> * <br> * MAGISTRATE JUDGE KAY <br> * |
| VERSUS | * <br> * |
| TARGA RESOURCES, INC. | * JURY DEMANDED |

## ORDER

Considering the foregoing joint motion to dismiss with prejudice, and it being well founded,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all claims asserted in this litigation, including any claim that defendant failed to timely and fully pay the annual rental for 2012, are hereby dismissed, with prejudice, each party to bear their own costs and attorneys' fees.

Lake Charles, Louisiana, this ___12___ day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE

{N0563209 -}

1